**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ROLANDO MATOS, JR. and OLGA L. MATOS,

    Plaintiffs,

v.                                            Case No: 6:20-cv-843-Orl-40LRH

SELENE FINANCE, LP,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Plaintiffs' Notice of Voluntary Dismissal. (Doc 12). Plaintiffs dismiss the claims pursued against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiffs' notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiffs' claims against Defendant Selene Finance, LP, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on June 15, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties